DEPAULITTE, APPELLANT, *v.* DEPAULITTE, APPELLEE.

[Cite as *Depaulitte v. Depaulitte* (2001), 91 Ohio St.3d 1201.]

(No. 00–470—Submitted December 13, 2000—Decided January 31, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*David R. Schmidt,* for appellant Jacqueline J. Depaulitte.

*Donenfeld, Botros, Kollin & Schulte* and *Richard W. Schulte,* for appellee Brian E. Depaulitte.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.